UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROY A. SLAY

v.                                                              Ca 10-408 ML

BANK OF AMERICA CORPORATION

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objection to the Report and Recommendation issued by Magistrate Judge Martin on March 9, 2011. Notwithstanding the Magistrate Judge's explicit warning that "any objections to [the] Report and Recommendation must be specific," (Report and Recommendation, p. 47) Plaintiff only makes a general "Due Process" claim for a jury trial on his Complaint. The Court has reviewed Magistrate Judge Martin's exhaustive review of Plaintiff's claims as set forth in the Complaint. Having done so, the Court agrees with the Magistrate Judge's legal conclusions. Accordingly, the Complaint is DISMISSED pursuant to Fed. R. Civ. P. 12(b)(6).

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
March /6 , 2011